UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GURU DENIM, INC., a California Corporation, | ) ) ) | CV 08-4493 SVW (RCx) |
| Plaintiff, | ) ) | |
| v. | ) ) | FINAL JUDGMENT |
| CHASE HAYES, an Individual; WWW.WOMENDESIGNERCLOTHES.COM, a California Business Entity of Unknown Status; and Does 1-10, Inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On April 28, 2010, the Court issued an Order to Show Cause Why Plaintiff Should Not Be Sanctioned. On May 6, 2010, the Court issued an Order Dismissing Case. For the reasons stated in the Order Dismissing Case, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Plaintiff's Complaint in this action, filed on July 9, 2008, is DISMISSED WITH PREJUDICE.

2. For the reasons stated in the Court's May 6, 2010 Order Dismissing Case, Christopher Q. Pham, counsel of record for Plaintiff

Guru Denim, Inc., shall pay the following amounts to Defendant Chase Hayes as a sanction under Fed. R. Civ. P. 16(f)(1):

    a) $276.00 to account for the costs of Hayes' travel to and from the hearings held on April 26, 2010 and May 4, 2010, as substantiated by Hayes' sworn statement submitted to the Court on May 10, 2010;

    b) $117.75 to account for the costs of serving Hayes' Amended Pretrial Conference memorandum on Plaintiff, as substantiated by the Proof of Service signed April 30, 2010 and submitted to the Court on May 10, 2010;

    c) $680.00 to account for Hayes' copying costs, as substantiated by Hayes' sworn statement submitted to the Court on May 10, 2010.

3. Defendants shall submit their request for appropriate remaining costs to the Clerk of the Court in accordance with Local Rule 54-3.

    IT IS SO ORDERED.

DATED:  May 18, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE